

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

Nos. 04-17-00400-CR, 04-17-00401-CR, 04-17-00402-CR, & 04-17-00403-CR

Logan Trey **FIELD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court Nos. 5810, 5811, 5812, & 5813
Honorable N. Keith Williams, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's memorandum opinion of this date, the judgments of the trial court are AFFIRMED, and counsel's motions to withdraw are GRANTED.

SIGNED September 19, 2018.

_____
Karen Angelini, Justice